IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JAMES D. JESSUP,

      Plaintiff,                                       12cv1166
                                                         **ELECTRONICALLY FILED**

      v.

CAROLYN W. COLVIN, *Commissioner of*
*Social Security*,

      Defendant.

### Order of Court

And now, this 12th day of March, 2013, for the reasons set forth in the Accompanying Memorandum Opinion, the Court finds that ALJ's decision is supported by substantial evidence. Accordingly, Plaintiff's Motion for Summary Judgment (doc. no. 13) is DENIED, and Defendant's Motion for Summary Judgment (doc. no. 11) is GRANTED. The decision of the ALJ is affirmed. Judgment is hereby entered in favor of Defendant and against Plaintiff. The Clerk shall mark the docket closed.

                                                                        */s Arthur J. Schwab*
                                                                        Arthur J. Schwab
                                                                         United States District Judge

cc/ecf: All counsel of record.