IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JAMES D. JESSUP,

    Plaintiff,

    v.

CAROLYN W. COLVIN, *Commissioner of Social Security*,

    Defendant.

12cv1166
**ELECTRONICALLY FILED**

## **Order of Court**

And now, this 12th day of March, 2013, for the reasons set forth in the Accompanying Memorandum Opinion, the Court finds that ALJ's decision is supported by substantial evidence. Accordingly, Plaintiff's Motion for Summary Judgment (doc. no. 13) is DENIED, and Defendant's Motion for Summary Judgment (doc. no. 11) is GRANTED. The decision of the ALJ is affirmed. Judgment is hereby entered in favor of Defendant and against Plaintiff. The Clerk shall mark the docket closed.

                                              */s Arthur J. Schwab*
                                              Arthur J. Schwab
                                              United States District Judge

cc/ecf: All counsel of record.